FILED

04/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0464

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0464

_____

JOSEPH RICHARD GOSS,

      Plaintiff and Appellant,

  v.

                                    O R D E R

USAA CASUALTY INSURANCE COMPANY,
and DOES A-D, Inclusive,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory R. Todd, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2021